*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

SAMUEL DARNEL HARPER,

      Defendant-Appellant.

UNPUBLISHED
March 19, 2019

No. 341504
Manistee Circuit Court
LC No. 17-004727-FH

Before: STEPHENS, P.J., and GLEICHER and BOONSTRA, JJ.

BOONSTRA, J. (*concurring*).

I concur in the result reached by the majority, and in its holding that defendant's sentence was proportionate and reasonable. I write separately only to reiterate my belief that the language of "departure" sentences and the "extent of the departure" from our pre-*Lockridge* caselaw is of questionable continuing utility after *Lockridge* and its progeny, for the reasons set for in my concurring opinion in *People v Lampe*, ___ Mich App ___; ___ NW2d ___ (2019) (Docket No. 342325) (BOONSTRA, J., concurring).

/s/ Mark T. Boonstra